IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE JAMES JOHNSON,

    Plaintiff,               No. CIV S-10-0037 DAD (TEMP) P

    vs.

CALIFORNIA STATE PRISON,
SACRAMENTO (FOLSOM),

    Defendant.           ORDER

                             /

On January 15, 2010, plaintiff was ordered to file a request to proceed in forma pauperis or pay the filing fee for this action within thirty days. Plaintiff has not responded to the court's order. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Fed R. Civ. P. 41(b).

DATED: February 9, 2011.

                                                DALE A. DROZD
                                                UNITED STATES MAGISTRATE JUDGE

DAD:kc
john0037.fifp